**Electronically Filed
Supreme Court
SCWC-23-0000415
23-SEP-2024
11:15 AM
Dkt. 13 OGAC**

SCWC-23-0000415

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

ELIZABETH DAILEY AND MICHAEL DAILEY,
Petitioners/Appellants-Appellants,
vs.
DEPARTMENT OF LAND AND NATURAL RESOURCES;
BOARD OF LAND AND NATURAL RESOURCES,
Respondents/Appellees-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000415; CIVIL NO. 1CCV-22-0000828)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

The application for writ of certiorari filed on July 31, 2024, by Petitioner/Appellant-Appellant Michael Dailey, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, September 23, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

